**Order entered July 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01057-CR

### ROY OLIVER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-18595-V

## ORDER

Before the Court is the State's July 1, 2019 motion to extend time to file its brief and motion to file a brief that exceeds the word-count limit. We **GRANT** the motions and **ORDER** the State's brief received on July 1, 2019 filed as of the date of this order.

/s/    BILL PEDERSEN, III
        JUSTICE